IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01493-AP

MARK V. LEWIS,

        Plaintiff,

   v.

JO ANNE B. BARNHART, Commissioner of Social Security

        Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

    For Plaintiff:
Alan M. Agee, P.C.
512 S. 8th Street
Colorado Springs, CO 80905
Telephone: 719-473-1515
E mail: Ageealanmpc@qwest.net

For Defendant:
Teresa H. Abbott
Special Assistant United States Attorney

*Mailing Address:*
*1961 Stout Street, Suite 1001A*
*Denver, Colorado  80294*
E-mail: Teresa.Abbott@ssa.gov

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (fax)

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    **A.     Date Complaint Was Filed:**  August 1, 2006

    **B.     Date Complaint Was Served on U.S. Attorney's Office:**  August 3, 2006

    **C.     Date Answer and Administrative Record Were Filed**:  September 26, 2006

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties state that the record appears to be complete.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties state there is no additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case appears to raise no unusual claims or defenses.

**7.     OTHER MATTERS**

None.

**8.     PROPOSED BRIEFING SCHEDULE**

    **A.     Plaintiff's Opening Brief Due:**  December 20, 2006

    **B.     Defendant's  Response Brief Due:**  January19, 2007

    **C.     Plaintiff's  Reply Brief (If Any) Due:**  February 5, 2007

## 9. STATEMENTS REGARDING ORAL ARGUMENT

      A.     **Plaintiff's Statement:**     Plaintiff requests oral argument.

      B.     **Defendant's Statement:**     Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

      A.     ( ) **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      B.     **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 1st day of November, 2006.

BY THE COURT:

S/John L. Kane
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/   Alan M. Agee | WILLIAM J. LEONE |
| Alan M. Agee, P.C. | UNITED STATES ATTORNEY |
| 512 S. 8th Street | |
| Colorado Springs, CO 80905 | s/ Kurt J. Bohn |
| Telephone: 719-473-1515 | KURT J. BOHN |
| Ageealanmpc@qwest.net | |
| | Assistant U.S. Attorney |
| Attorney for Plaintiff | 1225 Seventeenth Street, Suite 700 |
| | 17th Street Plaza |
| | Denver, Colorado 80202 |
| | Telephone: (303) 454-0100 |
| | kurt.bohn@usdoj.gov |

s/ Teresa H. Abbott
By: Teresa H. Abbott
Special Assistant U.S. Attorney
teresa.abbott@ssa.gov

*Mailing Address:*
1961 Stout St., Suite 1001A
Denver, Colorado  80294

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100

Attorney for Defendant